United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AQUA DAM, INC., A CALIFORNIA
CORPORATION, et al.,

        Plaintiffs,

     v.

AQUADAM EUROPE LIMITED F/K/A
ALBION WATER STRUCTURES,
LIMITED, AN ENGLISH
CORPORATION, et al.,

        Defendants.

Case No. 21-cv-01946-JSC   (INT)

**ORDER REASSIGNING CASE**

     IT IS ORDERED that this case has been reassigned using a proportionate, random and

blind system pursuant to General Order No. 44 to the Honorable James Donato in the San

Francisco division for all further proceedings.  Counsel are instructed that all future filings shall

bear the initials JD immediately after the case number.

     All hearing and trial dates presently scheduled are vacated.  However, existing briefing

schedules for motions remain unchanged.  Motions must be renoticed for hearing before the judge

to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior

briefing schedule.  Other deadlines such as those for ADR compliance and discovery cutoff also

remain unchanged.

Dated:  April 5, 2021

_____
Susan Y. Soong
Clerk, United States District Court

1   A true and correct copy of this order has been served by mail upon any pro se parties.

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California